UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE LEE HILL,<br><br>            Plaintiff,<br><br>      v.<br><br>SHERIFF'S DEPT.,<br><br>            Defendant. | Case No. 25-cv-00867 BLF (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE PRISONER APPLICATION TO PROCEED *IN FORMA PAUPERIS*; TERMINATING PRIOR MOTIONS**<br><br>(Docket No. 7, 12) |

On January 27, 2025, Plaintiff filed a document indicating his intent to file a complaint regarding conditions at Atascadero State Hospital where he is currently housed. Dkt. No. 1. The Clerk of the Court construed this filing as an attempt to file a civil rights action under 42 U.S.C. § 1983, and directed Plaintiff to file a proper complaint on the court form. Dkt. No. 2. Along with the complaint, the Court provided Plaintiff with a Non-Prisoner *In Forma Pauperis* ("IFP") Application. Dkt. No. 3. However, this appears to be the wrong form because Plaintiff is a convicted prisoner out of San Diego County.[1]

Because Plaintiff was provided with the wrong form, the Court finds good cause to

---

[1] A search of Plaintiff's name in the CDCR's "California Incarcerated Records and Information Search" shows a match with the same CDCR number (BR4879). Dkt. No. 5 at 1. Plaintiff was admitted to the CDCR on December 7, 2021.
https://ciris.mt.cdcr.ca.gov/details?cdcrNumber=BR4879

*sua sponte* grant Plaintiff an extension of time to file the proper IFP application for prisoners. Plaintiff shall file the complete prisoner IFP application **no later than twenty-eight (28) days** from the filing date of this order.

**Failure to file a complete IFP application in the time provided shall result in this action being dismissed without prejudice and without further notice to Plaintiff.**

The Clerk shall enclose a copy of the court's "**Prisoner** Application to Proceed *In Forma Pauperis*" with a copy of this order to Plaintiff.

Plaintiff's prior IFP motions are DISMISSED as moot. The Clerk shall terminate Docket Nos. 7 and 12.

**IT IS SO ORDERED.**

Dated: __March 6, 2025___

_____
BETH LABSON FREEMAN
United States District Judge

Order Granting EOT to file Prisoner IFP; Terminating Prior Motions
P:\PRO-SE\BLF\CR.25\00867Hill_eot-ifp.docx