1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JIMMIE LEE HILL,

           Plaintiff,

      v.

SHERIFF'S DEPT. CORRECTIONS & REHABILITATION FACILITY,

           Defendant.

Case No. 25-cv-00867 BLF

**ORDER OF DISMISSAL**

On February 11, 2025, Plaintiff filed a civil rights complaint under 42 U.S.C. § 1983 in *pro se*, against the "Sheriff's Department of Corrections & Rehabilitation County Jail Facilities." Dkt. No. 5. The matter was reassigned to the undersigned on February 12, 2025. Along with the complaint, Plaintiff filed a non-prisoner *In Forma Pauperis* ("IFP") Application, Dkt. No. 3, which appeared to be the wrong form because Plaintiff is a convicted prisoner out of San Diego County. Dkt. No. 13 at 1, fn. 1. Therefore, the Court directed Plaintiff to file a complete prisoner IFP application no later than twenty-eight days from the filing date of the order, March 6, 2025. *Id.* at 2.

The deadline for responding to the court order has passed, and Plaintiff has failed to respond. *Id.* Accordingly, this action is **DISMISSED** without prejudice for failure to pay

the filing fee.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated:  **April 17, 2025**_____

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.25\00867Hill_dis-ifp

United States District Court
Northern District of California

2