UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JIMMIE LEE HILL,

    Plaintiff,

v.

SHERIFF'S DEPT. CORRECTIONS & REHABILITATION FACILITY,

    Defendant.

Case No. 25-cv-00867 BLF

**JUDGMENT**

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: __April 17, 2025_____

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.25\00867Hill_judgment